Richard F. Levy (admitted *pro hac vice*)
C. Steven Tomashefsky (admitted *pro hac vice*)
Eric A. Sacks (admitted *pro hac vice*)
Jason J. Green (admitted *pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL  60611
Phone:  (312) 222-9350
Facsimile:  (312) 527-0484

Kenneth E. Keller (State Bar No. 71450)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Phone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Plaintiff EXDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| In re: | Case No.  C05-787 PVT |
| EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.), et al., | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND BRIEFING DATES FOR SHARP DEVELOPMENT COMPANY, INC. AND SHARP LAFAYETTE LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Debtor. | |
| EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.), | |
| Plaintiff, | |
| v. | |
| DEVCON CONSTRUCTION, INC., SHARP DEVELOPMENT COMPANY, INC., and SHARP LAFAYETTE, LLC, | |
| Defendants. | |

The parties to this action hereby agree that this Stipulation be entered, subject to the approval of the Court, as follows:

WHEREAS the hearing on Sharp Development Company, Inc. and Sharp Lafayette LLC's ("Sharp's") Motion for Partial Summary Judgment is currently set for July 12, 2005 at 10:00 a.m.;

WHEREAS EXDS' Opposition to the Motion is currently due on June 7, 2005;

WHEREAS Sharp's Reply in support of the Motion is currently due on June 24, 2005;

WHEREAS the deposition of Janice Fetzer is currently scheduled for June 28, 2005 (subject to Ms. Fetzer's availability);

WHEREAS the parties wish to complete the deposition of Ms. Fetzer prior to filing their Opposition and Reply papers;

IT IS HEREBY STIPLATED AND AGREED THAT, subject to Court approval, the hearing on Sharp's Motion shall be continued from July 12, 2005 to August 2, 2005. The parties propose the following briefing schedule:

- EXDS's Opposition Brief due July 8, 2005;
- Sharp's Reply Brief due July 19, 2005;
- Hearing on Sharp's Motion on August 2, 2005

STIPULATED AND AGREED:

Dated: June 6, 2005    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
Kenneth E. Keller
Attorneys for EXDS, Inc.

Dated: June 6, 2005    HOPKINS & CARLEY

By: _____/s/_____
Jay M. Ross
Attorneys for Sharp Development Company, Inc. and Sharp Lafayette LLC

## **ORDER**

The parties having stipulated, and good cause appearing, the hearing on Sharp Development Company, Inc. and Sharp Lafayette LLC's Motion for Partial Summary Judgment is continued to **August 2, 2005 at 10:00 a.m.** and that the following briefing schedule shall apply:

- EXDS's Opposition Brief is due **July 8, 2005**; and

- Sharp's Reply Brief is due **July 19, 2005**.

**IT IS SO ORDERED.**

Dated: __6/8/05_____        ___/s/ Patricia V. Trumbull_____
                                                                THE HON. XXXXX MAGISTRATE JUDGE
                                                                PATRICIA V. TRUMBULL