1  Richard F. Levy (admitted *pro hac vice*)
2  C. Steven Tomashefsky (admitted *pro hac vice*)
   Eric A. Sacks (admitted *pro hac vice*)
3  Jason J. Green (admitted *pro hac vice*)
   JENNER & BLOCK LLP
4  One IBM Plaza
   Chicago, IL  60611
5  Phone:  (312) 222-9350
6  Facsimile:  (312) 527-0484

7  Kenneth E. Keller (State Bar No. 71450)
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
8  114 Sansome Street, 4th Floor
   San Francisco, CA 94104
9  Phone:  (415) 249-8330
10 Facsimile:  (415) 249-8333

11 Attorneys for Plaintiff EXDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| In re: | Case No.  C05-787 PVT. |
| EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.), et al., <br><br> Debtor. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEVCON CONSTRUCTION'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT VI (PREFERENCE CLAIM) OF EXDS' FIRST AMENDED COMPLAINT** |
| EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.), <br><br> Plaintiff, <br><br> v. <br><br> DEVCON CONSTRUCTION, INC., SHARP DEVELOPMENT COMPANY, INC., and SHARP LAFAYETTE, LLC, <br><br> Defendants. | Judge:  Honorable Patricia V. Trumbull <br><br> Place:  Courtroom 5, 4th Floor |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
CASE NO. C05-787 PVT

The parties to this action hereby agree that this Stipulation be entered, subject to the approval of the Court, as follows:

WHEREAS the hearing on Devcon's Motion for Partial Summary Judgment on Count VI (Preference Claim) of EXDS' First Amended Complaint (the "Motion") is currently set for June 14, 2004 at 10:00 a.m.;

WHEREAS counsel for EXDS has requested that the June 14 hearing be continued due to a family emergency;

IT IS HEREBY STIPLATED AND AGREED THAT, subject to Court approval, the hearing on Devcon's Motion shall be continued from June 14, 2005 to July 12, 2005 at 10:00 a.m.

STIPULATED AND AGREED:

Dated: June 13, 2005                      KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                                          By:  _____/s/_____
                                               Kenneth E. Keller
                                               Attorneys for EXDS, Inc.

Dated: June 13, 2005                      MILLER, MORTON, CAILLAT & NEVIS, LLP

                                          By:  _____/s/_____
                                               Christopher J. Hersey
                                               Attorneys for Devcon Construction, Inc.

## **ORDER**

The parties having stipulated, and good cause appearing, the hearing on Devcon's Motion for Partial Summary Judgment On Count VI (Preference Claim) Of EXDS' First Amended Complaint is continued to July 12, 2005 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:   6/14/05                           /s/   Patricia V. Trumbull
                                           THE HON. XXXXX MAGISTRATE JUDGE
                                           PATRICIA V. TRUMBULL