**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>EXDS, Inc. (f/k/a EXODUS COMMUNICATIONS, INC.), et al.,<br><br>        Debtor<br>_____<br><br>EXDS, Inc.,<br><br>        Plaintiff,<br><br>   v.<br><br>DEVCON CONSTRUCTION, INC., et al.,<br><br>        Defendants.<br>_____ | Case No.: C 05-0787 PVT<br><br>**ORDER GRANTING PARTIES' RESPECTIVE REQUESTS FOR JUDICIAL NOTICE IN CONNECTION WITH DEFENDANT DEVCON'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (REGARDING AFFIRMATIVE DEFENSE OF RELEASE AS TO PROJECTS SC6 AND SC7)** |

On February 28, 2005, Plaintiff EXDS, Inc. ("EXDS") filed Requests for Judicial Notice In Support of Plaintiff's Motion for Summary Judgment.[1] On March 28, 2005, Defendant Devcon Construction, Inc. ("Devcon") filed a Request for Judicial Notice in Support Devcon Construction, Inc.'s Motion for Partial Summary Judgment on Devcon's Affirmative Defenses Relating to the

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  Release and Dismissing All Claims Related to Projects SC6 and SC7.  On April 12, 2005, Devcon
2  filed its Supplemental Request for Judicial Notice in Support of Devcon Construction, Inc.'s
3  Opposition to EXDS, Inc.'s Motion for Summary Judgment on Devcon's Affirmative Defenses.  The
4  court having received no objections to any of the foregoing requests for judicial notice,
5       IT IS HEREBY ORDERED that the above-referenced requests for judicial notice are hereby
6  GRANTED.
7  Dated:    *7/25/05*

*/s/ Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge