UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>EXDS, Inc. (f/k/a EXODUS COMMUNICATIONS, INC.), et al.,<br><br>        Debtor<br>_____<br><br>EXDS, Inc.,<br><br>        Plaintiff,<br><br>   v.<br><br>DEVCON CONSTRUCTION, INC., et al.,<br><br>        Defendants.<br>_____ | Case No.: C 05-0787 PVT<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING AND BRIEFING DATES** |

       On July 8, 2005, the parties filed a Stipulation and [Proposed] Order to Continue Hearing and Briefing Dates. At a hearing on a different motion on July 12, 2005, the court discussed with the parties the proposed hearing and briefing dates. Based on the discussion, the court issued the following ruling from the bench:

       IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Leave to File a Second Amended Complaint is continued to August 16, 2005. The opposition shall be filed no later than

July 26, 2005. The reply shall be filed no later than August 2, 2005.

IT IS FURTHER ORDERED that the hearing on Sharp's Motion for Partial Summary Judgment is continued to August 30, 2005. The opposition shall be filed no later than August 9, 2005. The reply shall be filed no later than August 16, 2005.

Dated:   *7/27/05*

                                          */s/ Patricia V. Trumbull*
                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge