UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>EXDS, Inc. (f/k/a EXODUS COMMUNICATIONS, INC.), et al.,<br><br>        Debtor<br><br>EXDS, Inc.,<br><br>        Plaintiff,<br><br>    v.<br><br>DEVCON CONSTRUCTION, INC., et al.,<br><br>        Defendants. | Case No.: C 05-0787 PVT<br><br>**ORDER CONTINUING SHARP DEVELOPMENT COMPANY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Having reviewed the moving, opposition and reply papers filed in connection with Sharp Development Company, Inc.'s Motion for Partial Summary Judgment,

IT IS HEREBY ORDERED that the hearing on the motion is continued to 10:00 a.m. on September 27, 2005. Because this motion appears to be heavily fact intensive, the court needs more time to prepare for the hearing than the court has yet been able to devote to it due to the court's current workload.

Dated: *8/25/05*

                                  */s/ Patricia V. Trumbull*
                                PATRICIA V. TRUMBULL
                                United States Magistrate Judge

ORDER, *page 1*