Stephen J. Kottmeier (State Bar No. 077060)
Jay M. Ross (State Bar No. 151750)
Tod C. Gurney (State Bar No. 199813)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Defendants
SHARP DEVELOPMENT COMPANY, INC. and
SHARP LAFAYETTE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.),<br><br>Debtor<br><br>EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.),<br><br>Plaintiff,<br><br>v.<br><br>DEVCON CONSTRUCTION, INC. SHARP DEVELOPMENT COMPANY, INC., and SHARP LAFAYETTE, LLC,<br><br>Defendants. | CASE NO.  C-05-787 PVT<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING FOR DEFENDANTS SHARP DEVELOPMENT AND SHARP LAFAYETTE TO SUBMIT FURTHER EXPERT REPORT AND TO FILE MOTION FOR SUMMARY JUDGMENT** |

WHEREAS, on or about August 25, 2005, the Court in the above-captioned case issued an Order [Docket Doc. No. 239] granting plaintiff EXDS, Inc. ("EXDS") leave to file a Second Amended Complaint and provided Defendants Sharp Development Company, Inc. and Sharp Lafayette, LLC (collectively for convenience only "SHARP") with, among other things and

1  related to the new allegations and/or new cause of action in the Second Amended Complaint, the
2  opportunity to submit a further expert report by September 23, 2005 and to file any motion for
3  summary judgment by October 11, 2005;

4      WHEREAS, SHARP served written discovery on EXDS and SHARP believes EXDS'
5  responses to that discovery, which are not due until after September 23, 2005, may limit the scope
6  of or possibly eliminate the need for any further expert report;

7      WHEREAS, SHARP would like to complete the depositions of EXDS' experts for
8  purposes of its motion for summary judgment and, after diligent efforts by counsel and the
9  witnesses, those depositions are scheduled for November 8-10, 2005; and,

10      WHEREAS, EXDS and SHARP have agreed to extend the time for SHARP to submit a
11  further expert report and to file a motion for summary judgment as provided herein.

12      NOW, THEREFORE, EXDS AND SHARP stipulate and agree, and request that the Court
13  enter an order as follows:

14      1.    SHARP shall have an extension of time to October 18, 2005 to serve a further
15  expert report to address the new allegations and/or new cause of action in the Second Amended
16  Complaint; and,

1    2.    SHARP shall have an extension of time to November 29, 2005 to file any summary judgment motion related to EXDS' new allegations and/or new cause of action, for hearing no later than January 3, 2006.

**STIPULATED AND AGREED.**

Dated: September 23, 2005            Jenner & Block LLP

By: _____//s//_____
   Richard F. Levy
   Attorneys for Plaintiff, EXDS, Inc.

Dated: September 23, 2005            HOPKINS & CARLEY
                                     A Law Corporation

By: _____//s//_____
   Jay M. Ross
   Attorneys for Defendants
   SHARP DEVELOPMENT COMPANY,
   INC. and SHARP LAFAYETTE, INC.

**IT IS SO ORDERED.**

Dated: 9/26/05

_[signature]_
PATRICIA V. TRUMBULL
United States Magistrate Judge