UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>EXDS, Inc. (f/k/a EXODUS COMMUNICATIONS, INC.), et al.,<br><br>    Debtor<br><br>AND RELATED ACTIONS | Case No.: C 05-0787 PVT<br><br>**ORDER STAYING ACTION UNTIL DECEMBER 2, 2005** |

On October 6, 2005, the parties filed a Notice of Settlement in which they jointly request that the court stay this action until the earlier of 60 days from October 3, 2005 or the date the parties file a joint notice of dismissal.[1]  Based on the Notice of Settlement,

IT IS HEREBY ORDERED that this action is stayed until December 2, 2005.  The parties may earlier file a joint notice of dismissal notwithstanding the stay.

Dated:  *10/6/05*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]  The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*